THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ALONZO J. WHITEMAN, Appellant.

*People* v. *Whiteman,* 116 App. Div. 921, affirmed.
(Argued February 25, 1907; decided March 12, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 7, 1906, which affirmed a judgment rendered at a Trial Term upon a verdict convicting the defendant of the crime of grand larceny in the first degree.

*Charles J. Bissell* for appellant.

*John W. Ryan* and *Frank A. Abbott* for respondent.

Judgment of conviction affirmed ; no opinion.
Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.